UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIA BLOUNT, | Case No. 2:24-cv-01115-JDP (SS) |
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE** |
| MARTIN O'MALLEY, Commissioner of Social Security, | |
| Defendant. | |

On June 12, 2024, the Commissioner filed a motion to dismiss. ECF No. 7. Under the scheduling order, plaintiff was required to file an opposition within fourteen days after service of that motion. ECF No. 5 at 2. The deadline has passed, and plaintiff has not filed an opposition.

Accordingly, it is hereby ORDERED that:

1. Within fourteen days of the date of this order, plaintiff shall show cause why sanctions should not be imposed for her failure to timely file an opposition. *See* E.D. Cal. L.R. 110.

2. Plaintiff shall file her opposition within fourteen days of the date of this order.

3. Failure of plaintiff to comply with this order will result in dismissal of this action for lack of prosecution and/or failure to comply with court orders.

1

IT IS SO ORDERED.

Dated:    August 6, 2024             /s/ Jeremy Peterson
                                                   JEREMY D. PETERSON
                                                   UNITED STATES MAGISTRATE JUDGE